UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>V.<br><br>JASON CORY SIZEMORE,<br><br>    Defendant. | CRIMINAL ACTION NO. 5:15-80-KKC<br><br><br>OPINION AND ORDER |

*** *** ***

This matter is before the Court on Defendant's motion for a judicial recommendation. On September 28, 2016, Defendant Jason Cory Sizemore was sentenced to 84 months imprisonment and three years of supervised release. (DE 92.) On September 8, 2020, Defendant filed a motion requesting that the Court issue a recommendation to the Bureau of Prisons that he be placed in a residential reentry center for the final 10-12 months of his sentence. (DE 165.)

As a general matter, the Bureau of Prisons is the entity that has the authority to designate the place of a prisoner's imprisonment, not the Court. 18 U.S.C. § 3621(b); *United States v. Townsend*, 631 F. App'x 373, 378 (6th Cir. 2015). Pursuant to 18 U.S.C. § 3624(c)(1), the director of the Bureau of Prisons must –

> to the extent practicable, ensure that a prisoner serving a term of imprisonment spends a portion of the final months of that term (not to exceed 12 months), under conditions that will afford that prisoner a reasonable opportunity to adjust to and prepare for the reentry of that prisoner into the community. Such conditions may include a community correctional facility.

Among the factors that the BOP can consider in making that determination is any statement by the sentencing court concerning the purpose for which the sentence to imprisonment was determined to be warranted or recommending a type of penal or correctional facility as appropriate. 18 U.S.C. § 3621(b)(4). Based upon the record before it, the Court has no objection to Defendant being placed in a residential reentry center for the final 10-12 months of his sentence if the BOP finds that appropriate.

Accordingly, the Court hereby ORDERS that Defendant's motion (DE 165) is GRANTED, only to the extent that it seeks a statement by the Court that, based upon the record before it, the Court has no objection to Defendant being placed in a residential reentry center for the final 10-12 months of his sentence if the BOP finds that appropriate.

Dated September 09, 2020

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY